FILED
June 3, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-240 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Sohayla Anguiano, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sohayla Anguiano  Case 2:08-cr-240 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

X_  Unsecured bond in the amount of $25,000

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

X_  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/3/08  at  2:19 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge