```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOHAYLA ANGUIANO,<br><br>　　　　Defendant. | CASE NO. 2:08-cr-0240 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: May 1, 2009<br>TIME: 10:00 a.m.<br>COURT: Hon. Edward J. Garcia |

### Stipulation

The parties request that the status conference currently set for Friday, May 1, 2009, at 10:00 a.m., be continued to Friday, June 26, 2009, at 10:00 a.m., and stipulate that the time beginning May 1, 2009, and extending through June 26, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST. Defendant ANGUIANO'S case is to be set for status conference at the conclusion of the jury trial of defendant WEST. Counsel for defendant WEST has filed a motion in this court, to be heard on March 26, 2009, to vacate defendant WEST's current jury trial date of April 13, 2009, and set the defendant WEST's case for status on June 22, 2009, or later. Therefore the

defendant ANGUIANO is requesting that her status conference be continued to June 26, 2009, to accommodate the continuance of defendant WEST'S jury trial.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

DATED: March 23, 2009  LAWRENCE G. BROWN
Acting United States Attorney

by /s/ Scott N. Cameron, for
Kyle Reardon
Assistant U.S. Attorney

DATED: March 23, 2009
by /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Soyhala Anguiano

<u>Order</u>

Good cause appearing,

The status conference currently scheduled for May 1, 2009, is continued to June 26, 2009, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) as the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial

IT IS SO ORDERED.

DATED: March 23 , 2009  /s/ Edward J. Garcia
Edward J. Garcia, Judge
United States District Court