SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:08-cr-0240 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| SOHAYLA ANGUIANO, | ) | |
| | ) | DATE:   June 26, 2009 |
| Defendant. | ) | TIME:   10:00 a.m. |
| _____ | ) | COURT:  Hon. Edward J. Garcia |

Stipulation

    The parties request that the status conference currently set for Friday, June 26, 2009, at 10:00 a.m., be continued to Friday, August 28, 2009, at 10:00 a.m., and stipulate that the time beginning June 26, 2009, and extending through August 28, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

    Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST.  Defendant ANGUIANO'S case is to be set for status conference at the conclusion of the jury trial of defendant WEST.  Defendant WEST has vacated his trial confirmation hearing and jury trial date, and has set a status conference for July 10, 2009. Therefore the defendant ANGUIANO is requesting that her

1

1  status conference be continued to August 28, 2009, to accommodate the

2  delay of defendant WEST'S jury trial.

3      Accordingly, the parties believe that the continuance should be

4  excluded from the calculation of time under the Speedy Trial Act.  The

5  interests of justice served by granting this continuance outweigh the

6  best interests of the public and the defendant in a speedy trial. 18

7  U.S.C. § 3161(7)(8)(A).

8

9  DATED: June 21, 2009              LAWRENCE G. BROWN
                                     Acting United States Attorney
10

11                          by    /s/ Scott N. Cameron, for
                                  Ellen v. Endrizzi
12                                Assistant U.S. Attorney

13  DATED: June 21, 2009
                            by    /s/ Scott N. Cameron
14                                Scott N. Cameron
                                  Counsel for Sohayla Anguiano
15

16                              Order

17      Good cause appearing,

18      The status conference currently scheduled for June 26, 2009, is

19  continued to August 28, 2009, at 10:00 a.m.

20      Time is excluded from the speedy trial calculation pursuant to 18

21  U.S.C. § 3161(h)(7)(A) as the interests of justice served by granting

22  this continuance outweigh the best interests of the public and the

23  defendant in a speedy trial.

24  IT IS SO ORDERED.

25

26  DATED: June 22, 2009             /s/ Edward J. Garcia
                                     Edward J. Garcia, Judge
27                                   United States District Court

28