LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-08-0240 EJG |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) Time: 10:00 am |
| SOHAYLA ANGUIANO, | ) Date: Friday, November 6, 2009 |
| aka "Sue," | ) Court: Hon. Edward J. Garcia |
| | ) |
| Defendant. | ) |

    The parties request that the status conference currently set for Friday, August 28, 2009, at 10:00 a.m., be continued to Friday, November 6, 2009, at 10:00 a.m., and stipulate that the time beginning August 28, 2009, and extending through November 6, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

    The government is currently preparing for a trial in United States v. West, a related case in which the defendant may be a witness.  In order to assist defense counsel's preparation in this case, a continuance is necessary to permit the defendant to testify in the matter of United States v. West.

1

1    Accordingly, the parties believe that the continuance should
2 be excluded from the calculation of time under the Speedy Trial
3 Act.  The additional time is necessary to because of the
4 continuance of the co-defendant's case.  18 U.S.C. § 3161(h)(7),
5 Local Code R.  In addition, the additional time is necessary to
6 ensure effective preparation, taking into account the exercise of
7 due diligence, as well as to ensure continuity of defense
8 counsel.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The
9 interests of justice served by granting this continuance outweigh
10 the best interests of the public and the defendant in a speedy
11 trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATED: August 26, 2009        By:   /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED: August 26, 2009        By:   /s/ Kyle Reardon for
                                    SCOTT CAMERON
                                    Attorney for the Defendant

**<u>ORDER</u>**

The motions hearing in case number S-08-0240 EJG, currently set for Friday, August 28, 2009, at 10:00 a.m., is continued to Friday, November 6, 2009, at 10:00 a.m., and the time beginning August 28, 2009, and extending through November 6, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: August 26, 2009        /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Judge