```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-cr-0240 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SOHAYLA ANGUIANO, ) | DATE:  November 6, 2009 |
| Defendant. ) | TIME:  10:00 a.m. |
| _____) | COURT: Hon. Edward J. Garcia |

### Stipulation

The parties request that the status conference currently set for Friday, November 6, 2009, at 10:00 a.m., be continued to Friday, January 15, 2010, at 10:00 a.m., and stipulate that the time beginning November 6, 2009, and extending through January 15, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST.  Defendant ANGUIANO'S case is to be set for status conference at the conclusion of the jury trial of defendant WEST.  Defendant WEST's jury trial is presently scheduled to commence on December 8, 2009. Therefore the defendant ANGUIANO is requesting that her status conference be continued to January 15,

2010, to accommodate the duration of defendant WEST'S jury trial.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: November 3, 2009                LAWRENCE G. BROWN
                                       United States Attorney

                              by       /s/ Scott N. Cameron, for
                                       Jill Thomas
                                       Assistant U.S. Attorney

DATED: November 3, 2009
                              by       /s/ Scott N. Cameron
                                       Scott N. Cameron
                                       Counsel for Sohayla Anguiano

## Order

Good cause appearing,

The status conference currently scheduled for November 6, 2009, is continued to January 15, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) as the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: November 2, 2009                /s/ Edward J. Garcia
                                       Edward J. Garcia, Judge
                                       United States District Court