SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO

FILED

NOV 18 2009

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-cr-0240 EJG |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. ) | |
| SOHAYLA ANGUIANO, ) | |
| Defendant. ) | |

### Recital

SOHAYLA ANGUIANO is required to be present in state court in the County of Sacramento, State of California, in early December of 2009.

### Stipulation

The parties, through undersigned counsel, stipulate that the pretrial release conditions of SOHAYLA ANGUIANO are to be modified as follows:

1. SOHAYLA ANGUIANO will be permitted to travel from her current residence to Sacramento, California, as directed by Pretrial Services, for a reasonable amount of time to facilitate her appearance in the above-stated state court proceeding.

2. The electronic monitoring of SOHAYLA ANGUIANO may be suspended as directed by Pretrial Services as necessary to accommodate

<pre>

1  her travel to Sacramento, California, for the purpose of attending the
2  above-stated state court proceeding.
3     The prosecutor has authorized the defense counsel for SOHAYLA
4  ANGUIANO to sign this stipulation on her behalf.
5  DATED: November 17, 2009           BENJAMIN WAGNER
                                      United States Attorney
6
7                                  by  Scott N. Cameron, for
                                       Jill Thomas
8                                      Assistant U.S. Attorney
9
   DATED: November 17, 2009
10                                 by  Scott N. Cameron
                                       Scott Cameron
11                                     Counsel for SOHAYLA ANGUIANO
12
                                   Order
13
       Good cause appearing,
14
       The conditions of SOHAYLA ANGUIANO'S pretrial release are hereby
15
   modified as follows:
16
       1.  SOHAYLA ANGUIANO will be permitted to travel from her current
17
   residence to Sacramento, California, as directed by Pretrial Services,
18
   for a reasonable amount of time to facilitate her appearance in the
19
   above-stated state court proceeding.
20
       2.  The electronic monitoring of SOHAYLA ANGUIANO may be
21
   suspended as directed by Pretrial Services as necessary to accommodate
22
   her travel to Sacramento, California, for the purpose of attending the
23
   above-stated state court proceeding.
24
       IT IS SO ORDERED.
25
26
   DATED:   Nov 17 , 2009            _____
27                                   Edward J. Garcia, Judge
                                     United States District Court
28

                                     2
</pre>