```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO
```

FILED
JAN 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-0240 EJG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| SOHAYLA ANGUIANO and DOMINICK WEST, | |
| Defendants. | |

### Recital

SOHAYLA ANGUIANO is under subpoena and required to be present in state court in the County of Sacramento, State of California. This state proceeding began in December of 2009, and is likely to end in February of 2010.

### Stipulation

The parties, through undersigned counsel, stipulate that the pretrial release conditions of SOHAYLA ANGUIANO are to be modified as follows:

1. SOHAYLA ANGUIANO will be permitted to travel from her current residence to Sacramento, California, as directed by Pretrial Services, for a reasonable amount of time to facilitate her appearance in the

1  above-stated state court proceeding in compliance with the above
2  stated subpoena.
3       2.   The electronic monitoring of SOHAYLA ANGUIANO may be
4  suspended as directed by Pretrial Services as necessary to accommodate
5  her travel to Sacramento, California, for the purpose of attending the
6  above-stated court proceeding in compliance with the above-stated
7  subpoena.
8       The prosecutor has authorized the defense counsel for SOHAYLA
9  ANGUIANO to sign this stipulation on her behalf.

DATED: December 29, 2009                BENJAMIN WAGNER
                                        United States Attorney

                                   by   _____
                                        Jill Thomas
                                        Assistant U.S. Attorney

DATED: December 29, 2009
                                   by   _____
                                        Scott Cameron
                                        Counsel for SOHAYLA ANGUIANO

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   | <u>Order</u>                                                         |
| 2   | Good cause appearing,                                                |

The conditions of SOHAYLA ANGUIANO'S pretrial release are hereby modified as follows:

1. SOHAYLA ANGUIANO will be permitted to travel from her current residence to Sacramento, California, as directed by Pretrial Services, for a reasonable amount of time to facilitate her appearance in the above-stated state court proceeding in compliance with the above stated subpoena.

2. The electronic monitoring of SOHAYLA ANGUIANO may be suspended as directed by Pretrial Services as necessary to accommodate her travel to Sacramento, California, for the purpose of attending the above-stated court proceeding in compliance with the above-stated subpoena.

IT IS SO ORDERED.

DATED: Jan 4, 2010

Edward J. Garcia, Judge
United States District Court

3