SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SOHAYLA ANGUIANO,<br><br>        Defendant. | CASE NO.  2:08-cr-0240 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:  January 15, 2010<br>TIME:  10:00 a.m.<br>COURT: Hon. Edward J. Garcia |

## Stipulation

The parties request that the status conference currently set for Friday, January 15, 2010, at 10:00 a.m., be continued to Friday, April 23, 2010, at 10:00 a.m., and stipulate that the time beginning January 15, 2010, and extending through April 23, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST.  Defendant ANGUIANO'S case is to be set for status conference at the conclusion of the jury trial of defendant WEST.  Defendant WEST's jury trial is presently scheduled to commence on March 29, 2010. Therefore the defendant ANGUIANO is requesting that her status conference be continued to April 23, 2010,

1

to accommodate the duration of defendant WEST'S jury trial.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: January 11, 2010         LAWRENCE G. BROWN
                                United States Attorney

                           by   /s/ Scott N. Cameron, for
                                Jill Thomas
                                Assistant U.S. Attorney

DATED: January 11, 2010
                           by   /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Sohayla Anguiano

## Order

Good cause appearing,

The status conference currently scheduled for January 15, 2010, is continued to April 23, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) as the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 11, 2010         /s/ Edward J. Garcia
                                Edward J. Garcia, Judge
                                United States District Court

2