SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-cr-0240 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SOHAYLA ANGUIANO, ) | DATE: April 23, 2010 |
| Defendant. ) | TIME: 10:00 a.m. |
| ) | COURT: Hon. Edward J. Garcia |

## Stipulation

The parties request that the status conference currently set for Friday, April 23, 2010, at 10:00 a.m., be continued to Friday, June 18, 2010, at 10:00 a.m., and stipulate that the time beginning April 23, 2010, and extending through June 18, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST, who has pleaded guilty to a violation of 18 U.S.C. § 2423(a) pursuant to Fed. R. Crim. P. 11(c)(1)(C) and is awaiting sentencing by the Court on June 4, 2010. Defendant ANGUIANO'S case is to be set for status conference at the conclusion of the sentencing of defendant WEST.  Therefore defendant ANGUIANO is requesting that her status conference be continued to June

1

1  18, 2010.

2       The parties believe that the continuance should be excluded from
3  the calculation of time under the Speedy Trial Act.  Defendant
4  ANGUIANO's case is directly tied to the outcome of Defendant WEST's.
5  As such, the additional time is necessary in order to permit the
6  sentencing of defendant WEST and to allow defendant ANGUIANO to
7  prepare in response to that sentence.  The parties believe that the
8  interests of justice served by granting this continuance outweigh the
9  best interests of the public and the defendant in a speedy trial. 18
10 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4.

11

12 DATED: April 21, 2010                BENJAMIN WAGNER
                                        United States Attorney
13

14                                by    /s/ Scott N. Cameron, for
                                        Carolyn Delaney
15                                      Assistant U.S. Attorney

16 DATED: April 21, 2010
                                  by    /s/ Scott N. Cameron
17                                      Scott N. Cameron
                                        Counsel for Sohayla Anguiano
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

<u>Order</u>

Good cause appearing,

The status conference currently scheduled for April 23, 2010, is continued to June 18, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 as the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS SO ORDERED.

DATED: <u>April 22</u>, 2010        /s/ Edward J. Garcia
                                 Edward J. Garcia, Judge
                                 United States District Court