```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   SOHAYLA ANGUIANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-cr-0240 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SOHAYLA ANGUIANO, | DATE:  June 18, 2010 |
| Defendant. | TIME:  10:00 a.m. |
| | COURT: Hon. Edward J. Garcia |

### Stipulation

The parties request that the status conference currently set for Friday, June 18, 2010, at 10:00 a.m., be continued to Friday, July 2, 2010, at 10:00 a.m., and stipulate that the time beginning June 18, 2010, and extending through July 2, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST, who has pleaded guilty to a violation of 18 U.S.C. § 2423(a) pursuant to Fed. R. Crim. P. 11(c)(1)(C) and is awaiting sentencing by the Court on June 25, 2010. Defendant ANGUIANO'S case is to be set for status conference at the conclusion of the sentencing of defendant WEST.  Therefore defendant

1  ANGUIANO is requesting that her status conference be continued to July
2  2, 2010.
3      The parties believe that the continuance should be excluded from
4  the calculation of time under the Speedy Trial Act.  Defendant
5  ANGUIANO's case is directly tied to the outcome of Defendant WEST's.
6  As such, the additional time is necessary in order to permit the
7  sentencing of defendant WEST and to allow defendant ANGUIANO to
8  prepare in response to that sentence.  The parties believe that the
9  interests of justice served by granting this continuance outweigh the
10 best interests of the public and the defendant in a speedy trial. 18
11 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4.

13 DATED: June 8, 2010                    BENJAMIN WAGNER
                                          United States Attorney

15                                by   /s/Scott N. Cameron, for
                                       Kyle Reardon
16                                     Assistant U.S. Attorney

17 DATED: June 8, 2010
                                  by   /s/ Scott N. Cameron
18                                     Scott N. Cameron
                                       Counsel for Sohayla Anguiano
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

<u>Order</u>

Good cause appearing,

The status conference currently scheduled for June 18, 2010, is continued to July 2, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 as the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS SO ORDERED.

DATED: June 8, 2010                    /s/ Edward J. Garcia
                                        Edward J. Garcia, Judge
                                        United States District Court