```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-cr-0240 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SOHAYLA ANGUIANO, | DATE:  July 2, 2010 |
| Defendant. | TIME:  10:00 a.m. |
| | COURT: Hon. Edward J. Garcia |

### Stipulation

The parties request that the status conference currently set for Friday, July 2, 2010, at 10:00 a.m., be continued to Friday, August 6, 2010, at 10:00 a.m., and stipulate that the time beginning July 2, 2010, and extending through August 6, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defendant ANGUIANO'S case has been severed from the case of her previous co-defendant DOMINICK WEST, who was recently sentenced by this Court on June 25, 2010. Defendant ANGUIANO'S case was to be set for status conference at the conclusion of the sentencing of defendant WEST.  At present, the defense for Anguiano is attempting to secure funding for defendant Anguiano to travel to Sacramento to complete her

1

obligations to the government.  Defendant Anguiano continues to be supervised by Pretrial Services and remains in compliance with all of the terms and conditions of her release.  Therefore defendant ANGUIANO is requesting that her status conference be continued to August 6, 2010.

The parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary in order to permit defendant Anguiano to complete her obligations to government.  The parties believe that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T4.

DATED: June 29, 2010                    BENJAMIN WAGNER
                                        United States Attorney

                                  by    /s/Scott N. Cameron, for
                                        Kyle Reardon
                                        Assistant U.S. Attorney

DATED: June 29, 2010
                                  by    /s/ Scott N. Cameron
                                        Scott N. Cameron
                                        Counsel for Sohayla Anguiano

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

<u>Order</u>

Good cause appearing,

The status conference currently scheduled for July 2, 2010, is continued to August 6, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 as the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS SO ORDERED.

DATED: <u>June 29</u>, 2010              /s/ Edward J. Garcia
                                        Edward J. Garcia, Judge
                                        United States District Court