SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOHAYLA ANGUIANO and DOMINICK WEST,<br><br>Defendants. | CASE NO. 2:08-cr-0240 EJG<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Recital

SOHAYLA ANGUIANO is expected to enter a plea and be sentenced in separate case in the Superior Court of California, County of Sacramento. This state proceeding is expect to occur during the week of July of 2010.

Stipulation

The parties, through undersigned counsel, stipulate that the pretrial release conditions of SOHAYLA ANGUIANO are to be modified as follows:

1. SOHAYLA ANGUIANO will be permitted to travel from her current residence to Sacramento, California, as directed by Pretrial Services, for a reasonable amount of time to facilitate her appearance in the

above-stated state court proceeding.

2. The electronic monitoring of SOHAYLA ANGUIANO may be suspended as directed by Pretrial Services as necessary to accommodate her travel to Sacramento, California, for the purpose of attending the above-stated court proceeding.

The prosecutor has authorized the defense counsel for SOHAYLA ANGUIANO to sign this stipulation on his behalf.

DATED: July 2, 2010

BENJAMIN WAGNER
United States Attorney

by /s/ Scott N. Cameron,for
Kyle Reardon
Assistant U.S. Attorney

DATED: July 2, 2010

by /s/ Scott N. Cameron
Scott Cameron
Counsel for SOHAYLA ANGUIANO

Order

Good cause appearing,

The conditions of SOHAYLA ANGUIANO'S pretrial release are hereby modified as follows:

1. SOHAYLA ANGUIANO will be permitted to travel from her current residence to Sacramento, California, as directed by Pretrial Services, for a reasonable amount of time to facilitate her appearance in the above-stated state court proceeding.

2. The electronic monitoring of SOHAYLA ANGUIANO may be suspended as directed by Pretrial Services as necessary to accommodate her travel to Sacramento, California, for the purpose of attending the above-stated court proceeding.

IT IS SO ORDERED.

DATED: July 2, 2010

/s/ Edward J. Garcia
Edward J. Garcia, Judge
United States District Court