```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0240 EJG |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT and ORDER DISMISSING INDICTMENT |
| SOHAYLA ANGUIANO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against defendant Sohayla Anguiano in CR. No. 2:08-CR-00240 EJG.

On July 10, 2010, the defendant pleaded guilty in Sacramento Superior Court to a violation of California Penal Code Section 32. This plea encompassed the conduct charged in the government's indictment. The Superior Court sentenced the

///
///
///

1

1  defendant to three years probation.  The United States makes this
2  motion in accordance with its obligations under a cooperation
3  agreement with the defendant in this case.

 Date: July 14, 2010                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                By:     _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney

                                        Attorneys for the Plaintiff
                                        UNITED STATES OF AMERICA


                              **O R D E R**

APPROVED AND SO ORDERED:


DATED: July 15, 2010           /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge

2